THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Ernesto Ortiz, Appellant,
 
 
 

v.

 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
 Deborah Brooks Durden, Administrative Law Court
Judge

Unpublished Opinion No. 2012-UP-032
 Submitted January 3, 2012  Filed January
25, 2012    

AFFIRMED

 
 
 
 Ernesto Ortiz, pro se.
 Christopher D. Florian, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Ernesto Ortiz appeals an order of the
 Administrative Law Court (ALC) summarily dismissing his appeal of the South
 Carolina Department of Corrections' (the Department) denial of his inmate
 grievance.  On appeal, Ortiz argues the ALC was required to rule on the merits
 of his appeal because a state-created property interest was at stake.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  Rule 220(c), SCACR ("The appellate court may
 affirm any ruling, order, decision or judgment upon any ground(s) appearing in
 the Record on Appeal."); Slezak v. S.C. Dep't of Corr., 361 S.C.
 327, 331, 605 S.E.2d 506, 508 (2004) (explaining summary dismissal is
 appropriate where the appeal does not implicate an inmate's state-created
 liberty or property interest).[2]
AFFIRMED. 
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.
[2] We note the ALC properly dismissed Ortiz's appeal but
 erred by finding it did not have subject-matter jurisdiction.  The ALC has
 jurisdiction over all inmate grievance appeals that have been properly filed
 but may summarily dismiss on the merits where the grievance does not implicate
 a state-created liberty or property interest.  See Skipper v. S.C.
 Dep't of Corr., 370 S.C. 267, 279 n.5 633 S.E.2d 910, 917 n.5 (Ct. App.
 2006) ("In light of our decision that [the inmate's] grievance did not
 implicate a state-created liberty interest, we find the [ALC] had jurisdiction
 to dismiss the appeal on the merits.").  Nonetheless, because the
 grievance did not implicate a state-created property interest, the ALC's error
 does not affect the disposition of this appeal.